HERMAN FALLERT, as Administrator, etc., Respondent, v. MASSACHU-
SETTS BONDING AND INSURANCE COMPANY, Appellant, and THE CITY
OF NEW YORK.

Appeal from a judgment of the Supreme Court, entered in the New York
county clerk's office on the 30th day of January, 1913, on an order entered
on the 29th day of January, 1913, and also from said order granting the
plaintiff's motion for judgment on the pleadings.

PER CURIAM: Judgment and order reversed, with costs, on authority of
*Miano* v. *Empire State Surety Co.* (153 App. Div. 423). Present — Ingra-
ham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Judg-
ment and order reversed, with costs. Order to be settled on notice.

---

In the Matter of the Application of NICHOLAS MEYER, as Executor, etc.,
of MARY R. MEYER, Deceased.

Appeal from an order of the Surrogate's Court denying a motion of exec-
utor and affirming order fixing transfer tax. Order affirmed, with ten dol-
lars costs and disbursements. No opinion. Present — Ingraham, P. J.,
McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and
McLaughlin, J., dissented upon the ground that the only property which
purported to pass by the will was the equity of redemption in certain real
estate, and the appellant proved there was no such equity.)